# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Brooks M. Witzke, | ) | C.A. No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| JUSTICES OF THE SUPREME COURT OF DELAWARE, | | |
| Collins J. Seitz, Jr., | ) | |
| James T. Vaughn, Jr., | ) | |
| Tamika R. Montgomery-Reeves, | ) | |
| Gary F. Traynor, | ) | |
| Karen L. Valihura, | ) | |
| and, | | |
| MEMBERS OF THE DELAWARE BOARD OF BAR EXAMINERS | | |
| Jennifer C. Wasson, | ) | |
| Randolph K. Herndon, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR CM/ECF PRIVILEGES FOR PURPOSES OF THE CAUSE OF ACTION

**NOW COMES,** the Plaintiff, Brooks M. Witzke by and through his self-representation, and pursuant to The United States District Court District of Delaware Revised Administrative Procedures Governing Filing and Service by Electronic Means, Section (B)(4), the Plaintiff suggests that this Honorable Court grant this motion for the Plaintiff to be given access to the Courts CM/ECF electronic filing system for purposes of litigation in this single case, and in furtherance states:

1. Plaintiff is proceeding *pro se* in this cause of action;

2. Plaintiff has a PACER/CM/ECF account and has completed all training required for usage of the system, including the online video course;

3. Plaintiff is a law school graduate that passed the Delaware Bar Exam but has not been admitted to the Bar;

1

4. Plaintiff agrees to follow all of this Court's local Rules for E-filing;

5. This Court's rules clearly state: "Upon approval of the judge, a party to a case who is not represented by an attorney may register as a user of CM/ECF solely for purposes of the action. Registration requires completion of the online independent training courses available on the Court's website, identification of the case as well as the name, address, telephone number and Internet e-mail address of the party." Revised Administrative Procedures Governing Filing and Service by Electronic Means, Section (B)(4). Plaintiff has satisfied all minimum requirements.

6. Plaintiff's PACER Account Number is 5878292.

DATED: November 22, 2021

_____/S/_____
Brooks M. Witzke, *Pro Se*
LAWMAN LLC*
211 CIRCLE INN #57
CHUBBUCK, ID 83211
302-604-4925
BrooksWitzke@Witzkelaw.com