IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Brooks M. Witzke, | ) | C.A. No. ____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| JUSTICES OF THE SUPREME COURT OF DELAWARE, | ) | |
| Collins J. Seitz, Jr., | ) | |
| James T. Vaughn, Jr., | ) | |
| Tamika R. Montgomery-Reeves, | ) | |
| Gary F. Traynor, | ) | |
| Karen L. Valihura, | ) | |
| and, | | |
| MEMBERS OF THE DELAWARE BOARD OF BAR EXAMINERS | | |
| Jennifer C. Wasson, | ) | |
| Randolph K. Herndon, | ) | |
| | ) | |
| Defendants. | ) | |

## LETTER TO THE CLERK OF THE COURT

Honorable Clerk,

Plaintiff filed the above-titled action in this Court on November 22, 2021. Due to the urgency of the matter, which asks of this Court to issue an emergency Temporary Restraining Order ("TRO"), the Plaintiff, in his haste, forgot to include in the packet the Civil Case Information Sheet as well as the Summons for each of the Defendants, all of which are attached hereto pursuant to this Court's procedure. Plaintiff apologizes for any inconvenience.

Respectfully submitted,

DATE: November 22, 2021

　　　　　　　　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　Brooks M. Witzke, *Pro Se*
　　　　　　　　　　　　　　　　　LAWMAN LLC*
　　　　　　　　　　　　　　　　　211 CIRCLE INN #57
　　　　　　　　　　　　　　　　　CHUBBUCK, ID 83211
　　　　　　　　　　　　　　　　　302-604-4925
　　　　　　　　　　　　　　　　　BrooksWitzke@Witzkelaw.com
　　　　　　　　　　　　　　　*Please note this is a law firm accepting service

1